**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **DENNYS MELENDEZ CRESPI** | **CIVIL NO.** |
| Plaintiffs | |
| vs. | |
| **LUMA ENERGY LLC AND LUMA ENERGY SERV CO, LLC** | **Plaintiff requests Trial by Jury** |
| Defendants | |

## COMPLAINT

**TO THE HONORABLE COURT:**

**COMES NOW** the Plaintiff, through their undersigned attorney, and very respectfully state, allege and pray:

### I. JURISDICTIONAL PLEADINGS

1. This Honorable Court has jurisdiction pursuant to 28 USC sec. 1332 over the state law claims under Article 1536 of the Civil Code of Puerto Rico. The matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs and this action is between citizens of different states.

### II. IDENTIFICATION OF PLAINTIFF

2. Plaintiff Dennys Meléndez Crespi is of legal age, single, utility service worker, and is a citizen of the state of Kissimmee, Fla. His address is 81 Alameda Drive, Kissimmee, Florida 34743.

### III. IDENTIFICATION OF DEFENDANTS

3. Luma Energy LLC is a corporation organized under the laws of the Commonwealth of Puerto Rico, with its principal place of business in San Juan Puerto Rico, created to manage and operate the Puerto Rico Electric Power Authority's transmission and distribution system, and conduct any other licit business for which a limited liability company may be organized under the laws of the Commonwealth of Puerto Rico. Its address is 644 Fernández Juncos Ave., Suite 301, San Juan, Puerto Rico   00907.

4. Luma Energy Serv Co LLC is a corporation organized under the laws of the Commonwealth of Puerto Rico, with its principal place of business in San Juan Puerto Rico, created to manage and operate the Puerto Rico Electric Power Authority's transmission and distribution system, and conduct any other licit business for which a limited liability company may be organized under the laws of the Commonwealth of Puerto Rico. Its address is 644 Fernández Juncos Ave., Suite 301, San Juan, Puerto Rico   00907.

### IV. THE OCCURRENCE

5. On November 8, 2025, at 2:55 p.m. plaintiff Dennys Meléndez Crespi was with this family at El Guayabo Restaurant located at Road #681, Islote Ward, Arecibo, Puerto Rico.

6. While leaving the restaurant an explosion occurred in the power pole transformer property of Luma Energy's and Luma Energy Serv Co. LLC that is near the restaurant.

7. As a direct result of the detonation, metal fragments struck the Plaintiff, Dennys Meléndez Crespi, causing physical injury to his right forearm.

## V. LIABILITY OF DEFENDANTS

8. Luma Energy LLC is the owner of the pole, transformer and cables.

9. Luma Energy Serv Co. LLC is the owner of the pole, transformer and cables.

10. Plaintiff Luma Energy LLC was negligent in failing to properly maintain the transformer. This caused it to explode when the plaintiff passed by the place and some of the particles it produced caused permanent damage to his right forearm, without any negligence being attributable to the plaintiff.

11. Plaintiff Luma Energy Serv Co LLC was negligent in failing to properly maintain the transformer. This caused it to explode when the plaintiff passed by the place and some of the particles it produced caused permanent damage to his right forearm, without any negligence being attributable to the plaintiff.

12. Defendants are responsible for their negligence under Article 1536 of the Civil Code of Puerto Rico.

13. The damages pleaded herein by plaintiff were caused by the direct result of defendants' negligence. The plaintiff was not negligent.

14. Plaintiff demands that all questions of fact be tried before a jury.

## VI. DAMAGES

15. As a direct result of this accident, plaintiff suffered trauma in his right forearm.

16. He was taken by ambulance to Hospital Susoni in Arecibo, Puerto Rico, where he was stabilized and then transferred to Puerto Rico Medical Center's Emergency Room, where he was admitted.

17. The X-rays revealed a cylindrical foreign boy measuring up to 4.0 cm in length embedded in the volar aspect of the right proximal wrist. It Scattered curvilinear wire-like shrapnel along the penetrating injury tract along the proximal forearm including the muscular compartment. Also, a surrounding soft tissue swelling and trace amount of subcutaneous emphysema seen tracking along the volar aspect of the right forearm.

18. A surgery was performed in his right forearm, where a volar wrist foreign object was removed.

19. The final pathologic diagnosis revealed: rectangular piece of metal that measures 3.5 x 0.5 x 0.5 cm. It has many metal wires attached on one end that extend up to 1.4 cm in length.

20. Plaintiff remains hospitalized until November 11, 2025 under medical treatment for his injury.

21. On December 12th 2025, emergency medical attention was provided to plaintiff at Adventure Health Kissimmee in Kissimmee, Florida.

22. On December 31st, 2025 plaintiff was evaluated at Orlando Hand Surgery Associates, where some x-rays, hand CT and Electromyogram (nerve conduction Study) were ordered by the Dr. Nicholas Newsum, MD. These studies revealed that plaintiff needs a surgery to repair carpal tunnel syndrome.

23. Plaintiff has suffered extreme pain and suffering since the time of the accident.  He was unable to work and perform all activities related to his personal activities.

24. Plaintiff, who works as Utility Service Worker II,  with the City of Orlando, and earns $1,655.68 bi-weekly, was not able to return to work until March 11, 2026.  His loss of earnings has been estimated in the amount of approximately $8,000.00.

25. Plaintiff's pain and suffering is reasonable estimated in the amount of $200,000.00.

**WHEREFORE,** in view of the foregoing, plaintiff respectfully requests that judgment be entered against defendants for an amount not less than **$208,000.00**, plus costs, expenses and a reasonable amount for attorney's fees.

In San Juan, Puerto Rico, this 9th day of April, 2026.

*s/ Jorge M. Izquierdo San Miguel*
USDC No. 209312
**IZQUIERDO-SAN MIGUEL LAW, P.S.C.**
239 Arterial Hostos, Capital Center, South Tower,
Suite 1005, 10th floor
San Juan, PR 00918
Tels.:  787-723-7767 / 725-4599
Fax:  787-723-6964
jizquierdo@izquierdosanmiguel.com